NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Ronald Creamer, | No. CV-12-01781-PHX-SRB |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on August 20, 2012 raising six grounds for relief: 1) the trial court's denial of his motion to change counsel violated his Sixth Amendment Right; 2) he was denied his right to access the courts and his right to due process was violated because he was not personally interviewed by the author of the presentence report; 3) the method used by the state trial court to call a jury panel violated his constitutional rights; 4) trial counsel was ineffective because he did not move to suppress the admission of evidence; 5) trial counsel was ineffective because he did not challenge the state's "failure" to prove the fair-market value of the victim's stolen property; and 6) trial counsel was ineffective because he "performed deficiently at the sentencing phase." Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus on February 25, 2013. No reply was filed. On January 3, 2014, the Magistrate Judge issued his Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In his Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court.  The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

IT IS FURTHER ORDERED denying any Certificate of Appealability and leave to proceed in forma pauperis on appeal because Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

Dated this 30th day of January, 2014.

_____
Susan R. Bolton
United States District Judge